# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

In re   Charles Amory

Case No:  24-50091-FJS

Debtor(s)

Chapter:  7

Troy D. Dwyer

Plaintiff(s)

AP No:  24-05004-FJS

*(if applicable)*

Charles Armory

Defendant(s)

## ORDER OF DISMISSAL
## FOR FAILURE TO CURE FILING FEE DEFICIENCY

An adversary proceeding or other document having been filed herein, which was deficient due to the lack of payment of the statutory filing fee, and the Clerk having provided notice to cure the filing fee deficiency pursuant to Local Bankruptcy Rule 1006-1; and, the required fee having not been timely remitted, it is

**ORDERED** that the document or adversary proceeding is dismissed; and, it is further

**ORDERED** that the filer pay the filing fee in the amount of;
$  350.00                      , OR,
$ _____ plus $53.00 service charge for a total of $ _____
to the Clerk of Court within 14 days from the date of this order.

WILLIAM C. REDDEN
CLERK OF COURT

By:  /s/ Stephanie Thomas
           Deputy Clerk

Date: May 31, 2024

NOTICE OF JUDGMENT ORDER
ENTERED ON DOCKET  May 31, 2024

[cureorder ver. 06/23]

United States Bankruptcy Court

Eastern District of Virginia

Dwyer,
    Plaintiff

Armory,
    Defendant

Adv. Proc. No. 24-05004-FJS

# CERTIFICATE OF NOTICE

District/off: 0422-6      User: Stephanie      Page 1 of 1
Date Rcvd: May 31, 2024      Form ID: pdford6      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Charles Armory, 237 Beach Road, Poquoson, VA 23662-1142 |
| pla | + | Troy D. Dwyer, 684 Country Way, Scituate, MA 02066-1815 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.no.ecf@usdoj.gov | Jun 01 2024 00:45:00 | UST smg Newport News, Office of the U. S. Trustee, 200 Granby Street Room 625, Norfolk, VA 23510-1814 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2024      Signature:      /s/Gustava Winters