Case No:24-50091-FJS

To whomever this may concern,

    I'm asking the court to please reconsider the motion for dismissal. The reason why the filing fee was late was because I was out to sea for many weeks.

Sincerely,
    Troy Dwyer



NORFOLK DIVISION
FILED
JUN 28 2024
CLERK
U.S. BANKRUPTCY COURT

Case 24-05004-FJS    Doc 8    Filed 06/28/24    Entered 06/28/24 11:36:54    Desc Main
Document    Page 2 of 4

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

In re Charles Amory

Case No: 24-50091-FJS

Debtor(s)

Chapter: 7

Troy D. Dwyer

Plaintiff(s)

AP No: 24-05004-FJS
*(if applicable)*

Charles Armory

Defendant(s)

## ORDER OF DISMISSAL
## FOR FAILURE TO CURE FILING FEE DEFICIENCY

An adversary proceeding or other document having been filed herein, which was deficient due to the lack of payment of the statutory filing fee, and the Clerk having provided notice to cure the filing fee deficiency pursuant to Local Bankruptcy Rule 1006-1; and, the required fee having not been timely remitted, it is

**ORDERED** that the document or adversary proceeding is dismissed; and, it is further

**ORDERED** that the filer pay the filing fee in the amount of;
$ 350.00 , OR,
$ _____ plus $53.00 service charge for a total of $ _____
to the Clerk of Court within 14 days from the date of this order.

WILLIAM C. REDDEN
CLERK OF COURT

By: /s/ Stephanie Thomas
Deputy Clerk

Date: May 31, 2024

NOTICE OF JUDGMENT ORDER
ENTERED ON DOCKET May 31, 2024

[cureorder ver. 06/23]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

TO:  Troy D. Dwyer
     684 Country Way
     Scituate, MA 02066

In re    Charles Amory

Case No.  24-05004-FJS

Chapter  7

## CLERK'S OFFICE COMMUNICATION:

___ Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $12, plus $.50 per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

___ The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

___ Your inquiry has been received. Please submit a search fee in the amount of $34, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

___ Your request for photocopies has been received. Please see below for any additional details or instructions.

___ The name and address of the Trustee (or Attorney for Debtor) in this case is:
_____
_____

___ This case was closed on _____. Document filed in closed case. No action taken.

___ The <Sel.> has determined that the date, time and/or location in the Notice of Hearing is either omitted, incorrect, or does not comply with the applicable rules. The hearing will not appear on the Court docket.

✓ The following papers are returned to you:

✓ The Court is in receipt of your check #1071 in the amount of $350.00 and is being returned to you as the Adversary Proceeding has been Dismissed. I have enclosed a copy of the Order of Dismissal.

CLERK, UNITED STATES BANKRUPTCY COURT

Date: June 14, 2024                By /s/ Linda Hall                757-222-7516
                                                               Deputy Clerk                Telephone Number

[clksofccomm ver. 12/23]

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

To:
Troy D. Dwyer
684 Country Way
Scituate, MA 02066

In Re: Charles Amory

Case No: 24-50091-FJS

Adversary Proceeding No: 24-05004

Chapter: 7

### NOTICE TO CURE FILING FEE DEFICIENCY

Pursuant to 28 U.S.C. 1930 and Local Bankruptcy Rule 1006-1(C), the papers filed by you are deficient due to the lack of payment of the statutory filing fee as noted below. **Failure to provide payment, or file a notice of hearing or request for hearing, by 4:00 p.m. on 05/23/2024 may result in the pleading being stricken or the dismissal of your adversary proceeding.**

Fees must be paid in the exact amount and may be paid by credit card, *cash, check or money order payable to "Clerk, U.S. Bankruptcy Court." If the debtor is paying, then payment must be in the form of *cash, money order or certified check. *(Cash is not accepted at the Newport News division. All divisions require exact change.)

**ADVERSARY PROCEEDINGS and REMOVALS:**

__X__    Filing Fee Due: $350.00.

**MOTIONS:** [Motion to terminate, annul, modify, or condition the automatic stay provided under 11 U.S.C. 362(a) of title 11, a motion to compel abandonment of property of the estate pursuant to Federal Rule of Bankruptcy Procedure 6007(b), a motion to sell property free and clear of liens under 11 U.S.C. § 363(f). or a motion to withdraw the reference of a case under 28 U.S.C. 157(d).]

_____    Filing Fee Due: $199.00.

**MOTIONS TO REOPEN CLOSED CASE:**

_____    Filing Fee Due: __$260.00 [chapter 7], __ $235.00 [chapter 13] __ $1,167.00 [chapter 11], __$200.00 [chapter 12].

**FILING A DOCUMENT NOT RELATED TO A PENDING CASE OR PROCEEDING:**

_____    Filing Fee Due: $52.00

**AMENDMENT FEE for Adding/Deleting Creditors, changing the amount of debt or classification of a debt**

_____    Filing Fee Due: $34.00

**MOTIONS TO CONVERT:**

_____    Conversion Fee Due: __$25.00 [13 to 7]; __$60.00 [12 to 7]; __$15.00 [11 to 7]; __ $922.00 [7 to 11]; __ $932.00 [13 to 11]

**MOTIONS TO RESTRICT PUBLIC ACCESS:**

_____    Filing Fee Due: $28.00

**TRANSFER OF CLAIM:**

_____    Transfer of Claim Fee Due: $28.00